**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01273-CMA-CBS

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and
AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation,

   Plaintiffs,

v.

ACADIA INSURANCE COMPANY, a New Hampshire corporation,

   Defendant.

## ORDER GRANTING JOINT STIPULATED MOTION TO REFER MOTION TO CHANGE VENUE TO MAGISTRATE JUDGE AND TO AMEND MOTION

This Matter comes before the Court on the parties' Joint, Stipulated Motion to Refer Motion to Change Venue to the assigned Magistrate Judge, Craig B. Schaffer, for determination, and to amend the pending Motion. The Court has reviewed the Joint, Stipulated Motion, the Court's file, and applicable law. Being fully advised, the Court hereby Orders as follows:

The assigned Magistrate Judge in this case, the Honorable Craig B. Shaffer, is hereby referred the pending Motion to Change Venue (Doc. #12) for determination pursuant to Rule 72.2, D.C.COLO.LCivR; Rules 72.1(c)(1) and (3), D.C.COLO.LCivR., and Rule 72, Fed.R.Civ.P.

The pending Motion to Change Venue (Doc. # 12) is hereby **amended**, pursuant to stipulated motion of the parties, to delete the alternative request for dismissal of this action, with the requested relief thereby limited to transfer of the venue of this action to the United States District Court for the District of Vermont.

DATED this __30th__ day of July, 2014

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                       United States District Judge