IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01273-CMA-CBS | Date: January 29, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*      *Counsel:*

ZURICH AMERICAN INSURANCE      Todd Jaworsky
COMPANY, *et al.*,

Plaintiff,

v.

ACADIA INSURANCE COMPANY,      Kevin Amatuzio
                                                   Claire Munger

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:32 p.m.**
Court calls case. Appearances of counsel.

This hearing was set in regards to *MOTION [36] to Compel*. Parties are in agreement to withdraw Motion to Compel without prejudice. Parties make an oral motion to vacate Phase II discovery deadlines and hold Phase II discovery in abeyance pending a ruling on motions for summary judgment filed on January 23, 2015.

**ORDERED:**     Parties' oral motion is **GRANTED** and the Phase II discovery deadline is VACATED and Phase II discovery will be held in ABEYANCE pending a ruling on summary judgment motions filed on January 23, 2015.

                 MOTION [36] to Compel is **WITHDRAWN** without prejudice.

                 The Final Pretrial Conference set for September 24, 2015 is **VACATED**.

HEARING CONCLUDED.

**Court in recess: 01:43 p.m.**
Total time in court: 00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.